COMMONWEALTH OF KENTUCKY
46th JUDICIAL CIRCUIT
MEADE CIRCUIT COURT, DIVISION II
CIVIL ACTION NO.  14-CI-00051

STONE HOLDINGS, LLC.                                    PLAINTIFF
PO Box 487
Brandenburg, Kentucky  40108

v.              MEMORANDUM OF UPDATED NOTICE

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
550 MAIN STREET, RM 3411
CINCINNATI, OH 45202
(SERVE VIA CERTIFIED MAIL)

And

LIEN SOLUTIONS, LLC
6505 WEST HIGHWAY 22
PO BOX 648
CRESTWOOD, KY 40014
(SERVE VIA CERTIFIED MAIL)

And

KEYSTOPS, LLC.
376 REASONOVER DRIVE
P.O. BOX 2809
FRANKLIN, KY 42135                                    DEFENDANTS
(SERVE VIA CERTIFIED MAIL)

********************

Now comes the Plaintiff, STONE HOLDINGS LLC, by and through

counsel and hereby provides notice of additional attempted service.

In accordance with 28 U.S.C. § 2410, the Plaintiff is providing additional

service to the Internal Revenue service at the following federal agencies and upon

the following persons:

Notice of Removal – Exhibit A

United States Attorney for the Western District of Kentucky
Attention: Hon. David Hale
717 West Broadway
Louisville, Kentucky 40202

US Attorney General's Office
Attn: Hon. Eric Holder
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

ROBERT L. SCHAEFER
Attorney for Plaintiff
Post Office Box 1056
Brandenburg, Kentucky 40108
Phone: (270) 422-5821

COMMONWEALTH OF KENTUCKY
46th JUDICIAL CIRCUIT
MEADE CIRCUIT COURT, DIVISION II
CIVIL ACTION NO. 14-CI-00051


**STONE HOLDINGS, LLC.**                    **PLAINTIFF**
PO Box 487
Brandenburg, Kentucky 40108


v.            <u>COMPLAINT AND PETITION FOR</u>
              <u>DECLARATION OF RIGHT</u>


**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
550 MAINT STREET, RM 3411
CINCINNATI, OH 45202
(SERVE VIA CERTIFIED MAIL)

And

**LIEN SOLUTIONS, LLC**
6505 WEST HIGHWAY 22
PO BOX 648
CRESTWOOD, KY 40014
(SERVE VIA CERTIFIED MAIL)

And

**KEYSTOPS, LLC.**
376 REASONOVER DRIVE
P.O. BOX 2809
FRANKLIN, KY 42135                    **DEFENDANTS**
(SERVE VIA CERTIFIED MAIL)


********************

Now comes the Plaintiff, STONE HOLDINGS LLC, and in support of its
Complaint against the Defendants states as follows:

1. The Plaintiff is a Limited Liability Company whose mailing address is
Post Office Box 487, Brandenburg, Kentucky 40108.

2. On March 13, 2003, the Alec G. Stone and Judith G. Stone sold a piece
property to Michael and Diane Faith on a Contract for Deed. The Contract for

Deed was recorded in the Meade County Clerk's Office in Deed Book 569, Page 222. A copy of the Contract for Deed is attached hereto as Exhibit A. In conjunction with the Contract for Deed, the Defendants executed a Promissory Note, which is attached hereto as Exhibit B. The established value of the subject property was $145,000.00.

3. The property that is the subject of this action is located in Meade County, Kentucky and is described as 962 Lawrence Street, Brandenburg, Kentucky and described more particularly as follows (the "Real Estate"):

TRACT NO. 1: BEGINNING at a stake or stone in Old State Highway and said road is adjacent to Ky. State Highway No. 228, and the property line of Ella Board, thence along said Board line in a Northerly directions 70 yeards and to a statke and to the property line of Hoskinson; then along same 70 yards in an Easterly direction and another line of Hoskinson to a stake; thence along Hoskinson in a Southerly direction 70 yards and to a stake and to Old Stat Highway; thence along same in a Westerly direction 70 yards and back to the place of beginning and containing One (1) acre of land, more or less.

TRACT NO. 2: BEGINNING on State Highway No. 228 and property line of James Bassett; thence along said Highway in an Easterly direction 105 steps to a stake another line of Hoskinson; then along same in a Northerly direction 70 steps and to a stake another line Hoskinson; thence along same in a Westernly direction 105 steps and back to the line of Bassett; thence along same in a Southerly dirction 70 steps and back to the place of beginning, and containing about 1-1/2 acres of land more or less.

EXCEPTED OUT OF AND NOT CONVEYED HEREIN is the following described property conveyed to Paul Poole and Eva Pole, his wife by dead from John D. Hardesty and Judy A. Hardesty, his wife, which deed is dated October 11, 2002, and recorded in Deed Book 462, page 502, in the Meade County Court Clerk's Office, as follows:

Being a 0.408 acre tract located near the community of Brandenburg, Meade County, Kentucky more particularly described as follows:

BEGINNING at a found axle corner to P. Poole (DB 416 PG 210) and corner to C. McGehee (DB 400 PG 603) and corner to C. McGehee (DB 440 PG 179); THENCE with C. McGehee (DB 440 PG 179) N 83 deg. 15 min. 26 sec. E., 64.37' to a set 5/8" rebar; THENCE leaving said C. McGehee (DB 440 PG 179) with a new line in J. Hardesty (DB 141 PG 550) S 08 deg. 49 min. 07 sec. W., 248.71' to a set 5/8" reb on the northerly right-of-way of KY HWY 228; THENCE with the northerly right-of-way of KY HWY 228, S. 80 deg. 34 min. 09 sec. W., 84.28' to a set 5/8"

rebar; THENCE leaving the northerly right-of-way of KY HWY 228, N 12 deg. 49 min. 13 sec. E. 11.99' to a point corner to said P. Poole; THENCE with P. Poole N 12 deg. 49 min. 13 sec. E., 246.48' to the POINT OF BEGINNING and CONTAINING 0.408 Acres (more or less) according to a physical survery by Timothy W. Smith, PLS #2373 during September, 2002, per Job No. 02-301.

Unless state otherwise, any monument referred to herein as a 5/8" rebar is a set 5/8" diameter steel concrete reinforcing rod, twenty-four inches (24") in length, with a yellow plastice cap stamped T.W. Smith, LS 2373. The basis of bearings stated herein are based on the southerly lines of the C. McGehee (DB 440 Pg 179) property from a previous survey.

Being the same property conveyed to Alec G. Stone and Judith G. Stone, his wife, by deed from John D. Hardesty and Judy A. Hardesty, his wife, dated Feb. 20, 2003, which is recorded in Deed Book 468, Page 024 in the Meade County Clerk's Office.

4.  The subject property was transferred in fee simple by Alec G. Stone and Judith G. Stone, his wife, to the Plaintiff, Stone Holdings, LLC on February 8, 2005. The Deed for this transaction was recorded in Deed Book 496 Page 114 on March 4, 2005 in the Meade County Clerk's Office.

5.  On November 4, 2010 the Plaintiff transferred both the subject property and the underlying contract for deed to Mary Louise Neal, for $125,639.51 dollars. Subject property was transferred without benefit of a title opinion. The transfer of the property was recorded in Deed Book 569 Page 242 and the Assignment of Contract for Deed was recorded in Deed Book 569 Page 229 both in the Meade County Clerk's Office.

6.  On March 2, 2012, Michael D. Faith and Diane L. Faith, quitclaimed their interest in the subject property to Mary Louise Neal. This quitclaim of interest was recorded in Deed Book 583 Page 368 on March 5, 2012 in the Meade County Clerk's Office.

7.  On August 14, 2012, the Plaintiff, discovering that Federal Tax Liens had attached to the subject property, purchased the property from Mary Louise Neal in fee simple for $90,000. The memorialization of this action is attached hereto as Exhibit C.

8.  During the time that the Faiths had an interest in the subject property, the Defendant INTERNAL REVENUE SERVICE placed liens upon the subject property from the years of 2006 through 2009 in the amounts of $273,910.08. A

copy of the liens are attached hereto as Exhibit D.  Defendant INTERNAL
REVENUE SERVICE has valued the government's interest in the subject property
at $22,623.25 but has not explained the process for this valuation.

9. During the time that the Faiths had an interest in the subject property,
the Defendant LIEN SOLUTIONS, LLC purchased an unpaid tax bill and placed a
lien against the property. This lien, when last valued, was assessed at $3,773.77 on
Febuary 28, 2013. A copy of the lien is attached hereto as Exhibit E.

10. During the time that the Faiths had an interest in the subject property,
the Defendant KEYSTOPS, LLC received a judgment against the Faiths and
recorded a judgment lien against the subject property in Lis Pendens Book 38, Page
538 and stipulate a value of $4,850 for their lien. A copy of said lien is attached
hereto a Exhibit F.

11. The Plaintiff asserts that the initial Contract for Deed was a Purchase
Money Mortgage and therefore the Defendant's claims are subordinate to the
Plaintiff's claim . "There is no practical distinction between the land sale contract
and a purchase money mortgage, in which the seller conveys legal title to the buyer
but retains a lien on the property to secure payment." *Sebastian v. Floyd*, 585
S.W.2d 381, 382 -383 (Ky., 1979).

12. In the alternative, Plaintiff states that the value of the property has
deteriorated to below the initial sale price of the property and therefore there has
been no equity gained by the Plaintiff, therefore, all subordinate liens should be
extinguished.

**WHEREFORE**, the Plaintiff prays as follows:

1.  That the Court order the Defendants to appear and assert their claims or
be forever barred from asserting same;

2.  That judgment be entered for the Plaintiff asserting the superiority of its
Purchase Money Mortgage and remove the subordinate liens;

3.  That judgment be entered establishing valuation and priority of liens;

4.  For such other relief, legal and equitable as may be proper, necessary, fair and equitable.

ROBERT L. SCHAEFER
Attorney for Plaintiff
Post Office Box 1056
Brandenburg, Kentucky  40108
Phone:  (270) 422-5821

# Exhibit

# A

BOOK 569 PAGE 222

FEE PAID: ST. 4 CLK 19
AH 6 DEED TAX
LODGED & RECORDED

2010 NOV -4  PM 4: 18

KATRINA FITZGERALD
MEADE COUNTY CLERK
BY: S.S.        D.C.

## 0660589

**ALEC G. STONE AND JUDITH G. STONE, his wife**

**TO CONTRACT FOR DEED:**

**MICHAEL D. FAITH, SR. AND DIANE L. FAITH, his wife**

FOR ASSIGNMENT SEE Deed
BOOK 569 PAGE 229

THIS CONTRACT FOR DEED made and entered into this the 13 day of March, 2003, by and between ALEC G. STONE and JUDITH G. STONE, his wife, by Alec G. Stone, Attorney in Fact for Judith G. Stone (See Power of Attorney recorded in Deed Book 427, page 082, in the Meade County Court Clerk's Office), of 830 Lawrence Street, Brandenburg, KY 40108, hereinafter referred to and called the "SELLERS" and MICHAEL D. FAITH, SR. and DIANE L. FAITH, his wife, of 30 Rosebud Court, Brandenburg, KY 40108, hereinafter referred *In care of Address to and called the "BUYERS".

### WITNESSETH:

That for and in consideration of the sum of That for and in consideration of the sum of ONE HUNDRED FORTY-FIVE THOUSAND ($145,000.00) DOLLARS with the sum of TWO THOUSAND ($2,000.00) DOLLARS down payment made by the Buyers to the Sellers, and the remainder sum of ONE HUNDRED FORTY-THREE THOUSAND ($143,000.00) DOLLARS, to be paid as evidenced by a promissory note of even date herewith due and payable to ALEC G. STONE and/or JUDITH G. STONE, his wife, payable in monthly installments of ONE THOUSAND ONE HUNDRED FIFTY-ONE and 47/100 ($1,151.47) DOLLARS with the

-1-

BOOK 569 PAGE 223

first installment being due and payable on or before the 15 day of April , 2003, and

a like amount on or before the same date of each month thereafter for a period of twenty-five (25)

years at which time said principal and interest will have been paid in full.  This contract shall bear

interest at the rate of eight and one-half percent (8.5%) percent per annum on the unpaid balance,

but all installments paid on or before maturity may be paid without penalty.  It is understood and

agreed that at the end of one (1) year from date hereof the entire principal balance may become

due upon demand by the Seller subject to the election of the Sellers as to whether or not the loan

will continue on a year to year basis or whether the Buyers will obtain other financing within sixty

(60) days thereto.  In the event any installment is more than seven (7) days past due, a late charge

penalty of  TEN ($10.00) DOLLARS per day shall be added until said past due installment is paid.  If

this account is more than ninety (90) days in arrears, then, and in that event, the interest rate thereto

will then accrue at the rate of one and one-half (1-1/2%) percent per month on the unpaid balance.  It is

distinctly understood between the parties of this Contract that when the entire principal and

interest are paid, the Sellers will convey to the Buyers, husband and wife, for their joint lives, with

remainder in fee simple to the survivor of them, with covenant and GENERAL WARRANTY, the

following described property located in Meade County, Kentucky, further described to-wit:

TRACT NO. 1: BEGINNING at a stake or stone in Old State Highway and
said road is adjacent to Ky. State Highway No. 228, and the property line of
Ella Board, thence along said Board line in a Northerly direction 70 yards and
to a stake and to the property line of Hoskinson; thence along same 70 yards in
an Easterly direction and another line of Hoskinson to a stake; thence along Hoskinson
in a Southerly direction 70 yards and to a stake and to Old State Highway; thence
along same in a Westerly direction 70 yards and back to the place of beginning
and containing One (1) acre of land, more or less.

TRACT NO. 2: BEGINNING on State Highway No. 228 and property line
of James Bassett; thence along said Highway in an Easterly direction 105

-2-

BOOK 569 PAGE 224

steps and to a stake another line of Hoskinson; thence along same in a Northerly direction 70 steps and to a stake another line of Hoskinson; thence along same in a Easterly direction 105 steps and back to the line of Bassett; thence along same in a Southerly direction 70 steps and back to the place of beginning, and containing about 1-1\2 acres of land more or less.

EXCEPTED OUT OF AND NOT CONVEYED HEREIN is the following described property conveyed to Paul Poole and Eva Pole, his wife, by deed from John D. Hardesty and Judy A. Hardesty, his wife, which deed is dated October 11, 2002, and recorded in Deed Book 462, page 502, in the Meade County Court Clerk's Office, as follows:

Being a 0.408 acre tract located near the community of Brandenburg, Meade County, Kentucky, more particularly described as follows:

BEGINNING at a found axle corner to P. Poole (DB 416 PG 210) and corner to C. McGehee (DB 400 PG 603) and corner to C. McGehee (DB 440 PG 179); THENCE with C. McGehee (DB 440 PG 179) N 83 deg. 15 min. 26 sec. E., 64.37' to a set 5/8" rebar; THENCE leaving said C. McGehee (DB 440 PG 179) with a new line in J. Hardesty (DB 141 PG 550) S 08 deg. 49 min. 07 sec. W., 248.71' to a set 5/8" rebar on the northerly right-of-way of KY HWY 228; THENCE with the northerly right-of-way of KY HWY 228, S. 80 deg. 34 min. 09 sec. W., 84.28' to a set 5/8" rebar; THENCE leaving the northerly right-of-way of KY HWY 228, N 12 deg. 49 min. 13 sec. E. 11.99' to a point corner to said P. Poole; THENCE with P. Poole N 12 deg. 49 min. 13 sec. E., 246.48' to the POINT OF BEGINNING and CONTAINING 0.408 Acres (more or less) according to a physical survey by Timothy W. Smith, PLS #2373 during September, 2002, per Job No. 02-301.

Unless stated otherwise, any monument referred to herein as a 5/8" rebar is a set 5/8" diameter steel concrete reinforcing rod, twenty-four inches (24") in length, with a yellow plastic cap stamped T.W. Smith, LS 2373. The basis of bearings stated herein are based on the southerly lines of the C. McGehee (DB 440 PG 179) property from a previous survey.

Being the same property conveyed to Alec G. Stone and Judith G. Stone, his wife, by deed from John D. Hardesty and Judy A. Hardesty, his wife, dated Feb. 20, 2003, which is recorded in Deed Book 468, page 024, in the Meade County Court Clerk's Office.

It is further understood and agreed between the parties hereto that this contract is subject

to and upon the following terms and conditions and the following are essential obligations of this

-3-

BOOK 569 PAGE 225

contract:

    1 .It is understood and agreed by and between the parties hereto that the Buyer(s) shall use said property well and keep same in good condition at the expense of the buyer and that the Buyer(s) shall not commit waste thereof; and in the event of any breach and re-entry by the Sellers, shall deliver up this property heretofore described, to the Sellers in as good condition as the property is in or may be put in, ordinary wear and tear, ordinances, and acts of God excepted. The Buyer(s) shall at all times use and maintain said promises in accordance with the laws, ordinances, and regulations of the United State of America, the State of Kentucky, and the County of Meade.  Property is conveyed in "as is" condition and the Buyer(s) accepted same as such.

    2.  That said deed of conveyance shall be subject to easements and restrictions of record affecting same.

    3.  That the said Buyer(s) shall have the right to use and control said property during the time the right herein given to purchase the same exists.

    4.  That the Buyer(s) will keep the improvements, if there be any, on said premises insured against loss by fire, winds, or tornado in some insurance company or companies to be approved by the Sellers in the amount of the balance due on said note, until said note is fully paid and will cause the policies therefore to be properly assigned or made payable and delivered to the Sellers for the benefit of the holders of aforesaid note as collateral security for the payment of said note, loss, if any, to be applied to such payment.

    5.  That the taxes due and payable in the calendar year 2003 shall be prorated and the Buyer(s) will pay all taxes due and payable thereafter while they are in possession of the property, and in case of failure to pay any such tax or assessment or to keep up such insurance, the Sellers or the holders of said note may pay such tax or assessment or effect such insurance and any sums so paid shall be repaid by the Buyer(s) on demand, with interest at the rate of TEN PERCENT (10%) per annum, payable monthly until paid, and shall be added to and deemed a part of the debt hereby secured.

    6.  That should the Buyer(s) fail to pay any such tax or assessment of said property TEN (10) DAYS after the same becomes due or fails upon demand of the Sellers or holders of said note to effect such insurance and cause the policies to be assigned and delivered aforesaid, or fail to repay all sums for such taxes, assessments, or insurance, with interest thereon as aforesaid, or fail to pay any of said note when the same becomes due or fail to pay any installment of interest and/or principal within ten (10) days after the same falls due, in any of such cases, the holder or holders of said note may forthwith enforce payment of same.

    7.  No demand of payment need at any time be made by the Sellers on the Buyer(s) with regard to the property mentioned herein or elsewhere, but it shall be the duty of the Buyer(s) to

-4-

BOOK **569** PAGE **226**

pay the same as monies generally paid when due, without demand.

8. It is clearly and distinctly understood that under this contract the Buyer(s) only acquires the right of purchase of said property and to use the same during the time they make the payments and perform any of said obligations in accordance with the provisions herein set forth, the amounts already paid shall belong to and be retained by the Sellers as a consideration for such right to purchase the property and for the use of said property during said period, and the Buyer(s) agrees in such event to vacate the said property and surrender same within thirty (30) days from the date of which said default occurred, and no notice or demand for the surrender or possession of said premises shall be necessary.

9. Should the Sellers at any time rightfully seek to recover possession of the premises and be obstructed or resisted therein and any litigation ensue, the Buyer(s) shall pay and discharge all costs and attorneys fees and expenses that shall arise from enforcing the covenant of this contract by the Sellers.

10. The failure of the Sellers to exercise any right or remedy upon any default or breach of the Buyer(s) shall not operate as a waiver barring or denying the exercise of any such right or remedy for any subsequent default or breach of the Buyer(s).

11. It is expressly understood that time of payment is of the essence of this contract.

12. It is understood and agreed that the Buyer(s)' right and responsibilities under this Contract are joint and several with all rights herein granted accruing solely to the survivor in the event of death to either.

13. It is further agreed and understood between the parties of this Contract that this Contract shall not be assigned or transferred in whole or in part by the Buyer(s) without written consent of the Sellers, and it is also agreed that the Buyer(s) will not sell, transfer, convey, alienate or further encumber the property covered by this contract without the written consent of the Sellers. In the event of any violation of this provision, the entire balance shall immediately become due and payable.

14. It is further understood and agreed by and between the parties hereto that in the event of default by the Buyer and upon request by the Sellers to execute a Quitclaim Deed and the Buyer(s) fails to do so, then, and in that event, the Buyer(s) hereby agrees that after TEN (10) DAYS this Contract for Deed will serve the same purpose as a Quitclaim Deed which will convey back to the Seller all right, title, and interest which the Buyer(s) has, if any, in the above described property. The parties agree that they will vacate the premises within ten (10) days of their default on this Contract for Deed, otherwise, they acknowledge that they can be charged with the offense of criminal trespassing as they would have no right to remain on said property beyond the ten day period.

-5-

BOOK 569 PAGE 227

15. It is understood and agreed between the parties hereto that any payment made more than SEVEN (7) DAYS late shall be subject to a late penalty of TEN ($10.00) DOLLARS per day for every day payment is late.  For any given month's payment due that is late this late penalty of TEN ($10.00) DOLLARS per day shall accumulate until that month's payment is made and shall accumulate until such a time same is remitted.

16. The Meade County Solid Waste (garbage) bill is now billed to the Deed holder for all homesteads, so the Buyers will add the monthly garbage costs to their monthly payment and the Sellers will pay the garbage bill.  Payment of the garbage bill will commence when the Buyers start living on the property.

17. This Contract shall be binding upon each of the parties hereto, their respective heirs, devisees, legatees, personal representatives respecting said real estate and the sale thereof except as in this agreement contained.

IN TESTIMONY WHEREOF, witness the signatures of the parties hereto this __13__ day of __March__, 2003.

SELLERS:                                             BUYER(s)

_____            _____
ALEC G. STONE                                     MICHAEL D. FAITH, SR.

_____            _____
JUDITH G. STONE                                   DIANE L. FAITH

by:_____
ALEC G. STONE, ATTORNEY IN
FACT FOR JUDITH G. STONE
(See Power of Attorney recorded in Deed Book 427,
Page 082, in the Meade County Court Clerk's Office)

-6-

BOOK 569 PAGE 228

STATE OF KENTUCKY)
                          (SCT.
COUNTY OF MEADE  )
    Subscribed, sworn to, and acknowledged to before me by ALEC G. STONE and JUDITH
G. STONE, his wife, by Alec G. Stone, Attorney in Fact for Judith G. Stone, (See Power of
Attorney recorded in Deed Book 427, Page 082, in the Meade County Court Clerk's Office)
Sellers, this the _13_ day of _March_, 2003, to be the free act and deed of each in their
capacity as such.
    My commission expires:    _6/23/2004_

                                        _____
                                        NOTARY PUBLIC, KY State at Large

STATE OF KENTUCKY)
                          (SCT.
COUNTY OF MEADE  )
    Subscribed, sworn to, and acknowledged to before me by MICHAEL D. FAITH, SR.,
Buyer, this the _13_ day of _March_, 2003, to be his free act and deed.
    My commission expires:    _6/23/2004_.

                                        _____
                                        NOTARY PUBLIC, KY State at Large

STATE OF KENTUCKY)
                          (SCT.
COUNTY OF MEADE  )
    Subscribed, sworn to, and acknowledged to before me by DIANE L. FAITH, Buyer, this
the _13_ day of _March_, 2003, to be her free act and deed.
    My commission expires:    _6/23/2004_.

                                        _____
                                        NOTARY PUBLIC, KY State at Large

THIS INSTRUMENT PREPARED BY:
STONE LAW OFFICE

_____
Post Office Box 487
469 E. Broadway
Brandenburg, KY 40108
(270) 422-3900

-7-

# Exhibit

# B

Aug. 15, 2012 12:47PM    St... Law                                    No. 6249    P. 2

FROM: MARY LOUISE NEAL, Unmarried
TO LIEN DEED: STONE HOLDINGS, LLC, by and through ALEC G. STONE, Member
SALE PRICE: $90,000.00
PROPERTY ADDRESS: 962 LAWRENCE STREET, BRANDENBURG, KENTUCKY 40108
LEGAL DESCRIPTION:  BEING TWO TRACTS OF LAND LOCATED IN THE CITY OF
BRANDENBURG, MEADE COUNTY, KENTUCKY

THIS DEED OF CONVEYANCE, made and entered into this the 14th day of August,

2012, by and between, MARY LOUISE NEAL, unmarried, of 911 High Street, Brandenburg, Meade

County, Kentucky 40108, hereinafter referred to as the "Grantor", and STONE HOLDINGS, LLC, a

Kentucky Limited Liability Company, by and through Alec G. Stone, Member, 469 East Broadway,

Brandenburg, Meade County, Kentucky 40108, hereinafter referred to as the "Grantee"

WITNESSETH: For the full consideration of NINETY THOUSAND ($90,000.00) DOLLARS for

which the Grantee has executed and delivered to the Grantor a promissory note of even date herewith in the

amount of NINETY THOUSAND ($90,000.00) DOLLARS, which note shall be due and payable as follows:

The note shall bear interest at the rate of three (3%) percent per annum from date of execution until

paid and said interest shall be due and payable in monthly installments of ONE THOUSAND and 00/100

($1,000.00) DOLLARS per month, with the first monthly interest installment being due and payable on or

before the 1st day of September, 2012, and a like installment each month thereafter for a period of FIVE (5)

YEARS at which time the entire principal balance shall be due and payable in full.  To secure the payment of

said note, together with any and all extensions or renewals thereof in whole or in part, an express lien upon

the hereinafter described real property is hereby reserved unto the Grantor.

> TRACT NO. 1: BEGINNING at a stake or stone in Old State Highway and said road is adjacent to Ky.
> State Highway No. 228, and the property line of Ella Board, thence along said Board line in a Northerly
> direction 70 yards and to a stake and to the property line of Hoskinson; thence along same 70 yards in
> an Easterly direction and another line of Hoskinson to a stake; thence along Hoskinson in a Southerly
> direction 70 yards and to a stake and to Old State Highway; thence along same in a Westerly direction
> 70 yards and back to the place of beginning and containing One (1) acre of land, more or less.

> TRACT NO. 2: BEGINNING on State Highway No. 228 and property line of James Bassett; thence
> along said Highway in an Easterly direction 105 steps and to a stake another line of Hoskinson; thence

1

Aug. 15. 2012 12:48PM    Stone Law                                    No 6249    P. 3

along same in a Northerly direction 70 steps and to a stake another line of Hoskinson; thence along same in a Westerly direction 105 steps and back to the line of Bassett; thence along same in a Southerly direction 70 steps and back to the place of beginning, and containing about 1-1\2 acres of land more or less.

EXCEPTED OUT OF AND NOT CONVEYED HEREIN is the following described property conveyed to Paul Poole and Eva Pole, his wife, by deed from John D. Hardesty and Judy A. Hardesty, his wife, which deed is dated October 11, 2002, and recorded in Deed Book 462, page 502, in the Meade County Court Clerk's Office, as follows:

Being a 0.408 acre tract located near the community of Brandenburg, Meade County, Kentucky, more particularly described as follows:

BEGINNING at a found axle corner to P. Poole (DB 416 PG 210) and corner to C. McGehee (DB 400 PG 603) and corner to C. McGehee (DB 440 PG 179); THENCE with C. McGehee (DB 440 PG 179) N 83 deg. 15 min. 26 sec. E., 64.37' to a set 5/8" rebar; THENCE leaving said C. McGehee (DB 440 PG 179) with a new line in J. Hardesty (DB 141 PG 550) S 08 deg. 49 min. 07 sec. W., 246.71' to a set 5/8" rebar on the northerly right-of-way of KY HWY 228; THENCE with the northerly right-of-way of KY HWY 228, S. 80 deg. 34 min. 09 sec. W., 84.28' to a set 5/8" rebar; THENCE leaving the northerly right-of-way of KY HWY 228, N 12 deg. 49 min. 13 sec. E., 11.99' to a point corner to said P. Poole; THENCE with P. Poole N 12 deg. 49 min. 13 sec. E., 246.48' to the POINT OF BEGINNING and CONTAINING 0.408 Acres (more or less) according to a physical survey by Timothy W. Smith, PLS #2373 during September, 2002, per Job No. 02-301.

Unless stated otherwise, any monument referred to herein as a 5/8" rebar is a set 5/8" diameter steel concrete reinforcing rod, twenty-four inches (24") in length, with a yellow plastic cap stamped T.W. Smith, LS 2373. The basis of bearings stated herein are based on the southerly lines of the C. McGehee (DB 440 PG 179) property from a previous survey.

Being the same property conveyed to Mary Louise Neal, unmarried, by deed from Stone Holdings, LLC, by Alec G. Stone, Member, dated the 4th day of November, 2010, and recorded in Deed Book 569, Page 242 in the office of the Meade County Court Clerk. Also see Assignment of Contract for Deed by and between Stone Holdings, LLC to Mary Louise Neal, unmarried, dated the 4th day of November, 2010, and recorded in Deed Book 569, Page 229 in the office of the Meade County Court Clerk. And being the same property conveyed to Mary Louise Neal, unmarried, by Quitclaim Deed from Micahel D. Faith and Diane L. Faith, his wife, dated the 2nd day of March, 2012, and recorded in Deed Book 583, Page 368 in the office of the Meade County Court Clerk.

TO HAVE AND TO HOLD the above described property, together with the appurtenances and improvements thereunto belonging, unto the Grantee, in FEE SIMPLE, with Covenant of GENERAL WARRANTY.

2

08/15/2012 WED 10 59 [TX/RX NO 5108] @003

Grantor covenants that she is lawfully seized in fee simple of the real estate hereby conveyed; with full

right power to convey same and that said estate is free and clear of all encumbrances except State, County, and

School taxes for 2012 which shall be paid by the Grantee.

SUBJECT to any restrictions, stipulations, and easements of record affecting said property.

### CONSIDERATION

The parties hereto do hereby certify, pursuant to K.R.S. Chapter 382, that the total fair market value of

the property conveyed herein is $90,000.00. They further certify their understanding that falsification of the

stated consideration of the property is a Class D Felony, subject to one to five years imprisonment and fines up

to $10,000.00.

IN TESTIMONY WHEREOF, witness the signatures of the Grantor and the Grantee, this the day and

year first above written.

GRANTOR:                                             GRANTEE:

*Mary Louise Neal*                                   *Alec G. Stone*
MARY LOUISE NEAL                                     STONE HOLDINGS, LLC, by and through
                                                     ALEC G. STONE, Member

STATE OF KENTUCKY
COUNTY OF MEADE . . . SS
    The foregoing Deed of Conveyance and Consideration Certificate was acknowledged and sworn to
before me this  14th day of  August        , 2012, by MARY LOUISE NEAL.

    My commission expires: 04/01/2016          *Gayle L. Alguier*, 463019
                                               NOTARY PUBLIC, KY STATE-AT-LARGE

STATE OF KENTUCKY
COUNTY OF MEADE . . . SS
    The foregoing Deed of Conveyance and Consideration Certificate was acknowledged and sworn to
before me this  14th  day of  August       , 2012, by STONE HOLDINGS, LLC, by and through ALEC
G. STONE, Member.

    My commission expires: 04/01/2016          *Gayle L. Alguier*, 463019
                                               NOTARY PUBLIC, KY STATE-AT-LARGE

3

Aug. 15. 2012 12:48PM    Stone Law                                    No.6245    P. 5

THIS INSTRUMENT PREPARED by ALEC G. STONE, (without title examination)
STONE LAW OFFICE PLLC, ATTORNEY AT LAW, 469 BROADWAY
BRANDENBURG, KENTUCKY 40108.

_____
ALEC G. STONE

4

# Exhibit

# C

08/10/2012 16:30 FAX   *Exbit*   @008

Form 668 (Y)(c)
(Rev. February 2004)

2447

007 522

Department of the Treasury - Internal Revenue Service
**Notice of Federal Tax Lien**

| Area: | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| SMALL BUSINESS/SELF EMPLOYED AREA #2 | | |
| Lien Unit Phone: (800) 913-6050 | 0654109 | 602728505 |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  MICHAEL D FAITH

Residence
962 LAWRENCE ST
BRANDENBURG, KY 40108-1400

2009 DEC -9 PM 8: 14

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2006 | XXX-XX-2893 | 08/10/2009 | 09/09/2019 | 3635.81 |
| 6672 | 12/31/2005 | XXX-XX-2893 | 09/14/2009 | 10/14/2019 | 7737.93 |
| 6672 | 03/31/2006 | XXX-XX-2893 | 09/14/2009 | 10/14/2019 | 9804.25 |
| 6672 | 06/30/2006 | XXX-XX-2893 | 09/14/2009 | 10/14/2019 | 8463.21 |
| 6672 | 03/31/2007 | XXX-XX-2893 | 09/14/2009 | 10/14/2019 | 10453.14 |
| 6672 | 06/30/2007 | XXX-XX-2893 | 09/14/2009 | 10/14/2019 | 8882.12 |
| 6672 | 09/30/2007 | XXX-XX-2893 | 09/14/2009 | 10/14/2019 | 9820.54 |
| 6672 | 12/31/2007 | XXX-XX-2893 | 09/14/2009 | 10/14/2019 | 10202.56 |
| 6672 | 03/31/2008 | XXX-XX-2893 | 09/14/2009 | 10/14/2019 | 8650.11 |

2⁰⁰

| Place of Filing | | |
|---|---|---|
| COUNTY COURT CLERK<br>MEADE COUNTY<br>BRANDENBURG, KY 40108 | Total $ | 77649.67 |

This notice was prepared and signed at   DETROIT, MI   , on this,

the ___30th___ day of   November , 2009 .

Signature   *K.A. Mitchell*       Title   REVENUE OFFICER       22-02-3741

for JANE RILEY                    (502) 420-1563

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office           Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60026X

08/10/2012 10:30 FAX                                                                 ☒007

| Form 668 (Y)(c) | 4804 | Department of the Treasury - Internal Revenue Service | | |
|---|---|---|---|---|
| (Rev. February 2004) | | **Notice of Federal Tax Lien** | | BOOK 037 PG 373 |

Area:
SMALL BUSINESS/SELF EMPLOYED AREA #2
Lien Unit Phone: (800) 913-6050

Serial Number
**0653624** 595197209

For Optional Use by Recording Office

As provided by section 6321, 6322, and 6323 of the Internal Revenue
Code, we are giving a notice that taxes (including interest and penalties)
have been assessed against the following-named taxpayer. We have made
a demand for payment of this liability, but it remains unpaid. Therefore,
there is a lien in favor of the United States on all property and rights to
property belonging to this taxpayer for the amount of these taxes, and
additional penalties, interest, and costs that may accrue.

Name of Taxpayer MICHAEL D FAITH

Residence      962 LAWRENCE ST
               BRANDENBURG, KY 40108-1400

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below,
unless notice of the lien is refiled by the date given in column (e), this notice shall,
on the day following such date, operate as a certificate of release as defined
in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 6672 | 03/31/2005 | XXX-XX-2893 | 09/14/2009 | 10/14/2019 | 2835.63 |
| 6672 | 06/30/2005 | XXX-XX-2893 | 09/14/2009 | 10/14/2019 | 4198.58 |
| 6672 | 09/30/2005 | XXX-XX-2893 | 09/14/2009 | 10/14/2019 | 7402.29 |
| 6672 | 09/30/2006 | XXX-XX-2893 | 09/14/2009 | 10/14/2019 | 12221.84 |
| 6672 | 12/31/2006 | XXX-XX-2893 | 09/14/2009 | 10/14/2019 | 10263.54 |
| 6672 | 06/30/2008 | XXX-XX-2893 | 09/14/2009 | 10/14/2019 | 8668.79 |
| 6672 | 09/30/2008 | XXX-XX-2893 | 09/14/2009 | 10/14/2019 | 6093.14 |

Place of Filing

    COUNTY COURT CLERK
    MEADE COUNTY
    BRANDENBURG, KY 40108                    Total $      51673.84

This notice was prepared and signed at          DETROIT, MI
                                                                  , on this,

the   04th   day of   November   2009.

Signature    R. A. Mitchell          Title  REVENUE OFFICER        22-02-3743
for JANE RILEY                               (502) 420-1563

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office          Form 668(Y)(c) (Rev. 2-2004)
                                           CAT. NO 60028X

08/10/2012 FRI 09:28 [TX/RX NO 5103] ☒007

03/10/2012 10:30 FAX @006

| Form 668 (Y)(c) | 1872 | Department of the Treasury — Internal Revenue Service | | B**K 028 PAGE 413 |
|---|---|---|---|---|
| (Rev. February 2004) | | **Notice of Federal Tax Lien** | | For Optional Use by Recording Office |

Area:
SMALL BUSINESS/SELF EMPLOYED AREA #2
Lien Unit Phone: (800) 829-3903

Serial Number
**06295555** 309155006

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

FEE PD ST____ CLK 6
EED TAX    AH-6
LODGED AND RECORDED

2006 AUG 21 PM 2:56
KATRINA FITZGERALD
MEADE COUNTY CLERK
BY: S. Short    DC

Name of Taxpayer MICHAEL D FAITH
M D FAITH SERVICES

Residence
301 BY PASS RD
BRAN, KY 40108-1729

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 6721 | 12/31/2002 | 61-1354355 | 09/26/2005 | 10/26/2015 | |
| 940 | 12/31/2002 | 61-1354355 | 04/21/2003 | 05/21/2013 | 2246.51 |
| 940 | 12/31/2002 | 61-1354355 | 07/11/2005 | 08/10/2015 | 2352.60 |

Place of Filing
COUNTY COURT CLERK
MEADE COUNTY
BRANDENBURG, KY 40108

| Total | $ | 4599.11 |
|---|---|---|

This notice was prepared and signed at _____ DETROIT, MI _____, on this,

the __10th__ day of __August__ __2006__.

Signature
R. A. Mitchell
for REGINA OWENS

Title
ACS
(800) 829-3903

22-00-0008

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60026X

08/10/2012 10:30 FAX                                                                          ☑005

| 1872 |  |  |  |
|---|---|---|---|

Form 668 (Y)(c)
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

**Notice of Federal Tax lien**

B.:CK **025** P.:GE **229**

Area:
SMALL BUSINESS/SELF EMPLOYED AREA #6
Lien Unit Phone: (800) 913-6050

Serial Number
**0617723** 10440605

For Optional Use by Recording Office

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer MICHAEL FAITH SR.

Residence
PO BOX 1026
BRANDENBURG, KY 40108-0026

-ILE ''D ST.___CLK **8⁻**
IN:ED TAX____
R:DGED AND RECORDED

2005 JAN 31  PH 2: 47

KATRINA FITZGERALD
MEADE COUNTY CLERK
BY: S.S.___ ⊥___DC

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 06/30/2003 | 30-0140691 | 05/17/2004 | 06/16/2014 | 8083.69 |
| 941 | 09/30/2003 | 30-0140691 | 10/11/2004 | 11/10/2014 | 9329.63 |
| 941 | 12/31/2003 | 30-0140691 | 11/15/2004 | 12/15/2014 | 4633.21 |

Place of Filing
COUNTY COURT CLERK
MEADE COUNTY
BRANDENBURG, KY 40108

Total $ 22046.53

This notice was prepared and signed at       DETROIT, MI

the   **21st**   day of   **January**  ,   **2005** , on this,

Signature                                    Title
_for JANE RILEY_                             REVENUE OFFICER
                                             (502) 420-1563            26-02-3141
(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

08/10/2012 FRI 08:28  [TX/RX NO 5103] ☑005

08/10/2012 10:31 FAX                                                                 ☒000

4804

Form 668 (Y)(c)          038  PAGE 638          Department of the Treasury - Internal Revenue Service
(Rev. February 2004)                            **Notice of Federal Tax Lien**

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #2 Lien Unit Phone: (800) 829-3903 | Serial Number 0657546 | 661011210 | For Optional Use by Recording Office |
|---|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue
Code, we are giving a notice that taxes (including interest and penalties)
have been assessed against the following-named taxpayer. We have made
a demand for payment of this liability, but it remains unpaid. Therefore,
there is a lien in favor of the United States on all property and rights to
property belonging to this taxpayer for the amount of these taxes, and
additional penalties, interest, and costs that may accrue.

FEE PAID: ST_____ CLK b
AHL__ DEED TAX _____
LODGED & RECORDED

2010 JUN -4 PM 9: 35

KATRINA FITZGERALD
MEADE COUNTY CLERK
BY: S. S.A _____ D.C.

Name of Taxpayer  DIANE FAITH

| Residence | 962 LAWRENCE ST BRANDENBURG, KY. 40108-1400 |
|---|---|

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below,
unless notice of the lien is refiled by the date given in column (e), this notice shall,
on the day following such date, operate as a certificate of release as defined
in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| CIVP | 09/30/2005 | XXX-XX-0666 | 09/14/2009 | 10/14/2019 | 6689.74 |
| CIVP | 12/31/2005 | XXX-XX-0666 | 09/14/2009 | 10/14/2019 | 7737.93 |
| CIVP | 03/31/2006 | XXX-XX-0666 | 09/14/2009 | 10/14/2019 | 9804.25 |
| CIVP | 06/30/2006 | XXX-XX-0666 | 09/14/2009 | 10/14/2019 | 8463.21 |
| CIVP | 09/30/2006 | XXX-XX-0666 | 09/14/2009 | 10/14/2019 | 12221.85 |
| CIVP | 12/31/2006 | XXX-XX-0666 | 09/14/2009 | 10/14/2019 | 10263.54 |
| CIVP | 03/31/2007 | XXX-XX-0666 | 09/14/2009 | 10/14/2019 | 10453.14 |
| CIVP | 06/30/2007 | XXX-XX-0666 | 09/14/2009 | 10/14/2019 | 8882.12 |
| CIVP | 09/30/2007 | XXX-XX-0666 | 09/14/2009 | 10/14/2019 | 9820.54 |
| CIVP | 12/31/2007 | XXX-XX-0666 | 09/14/2009 | 10/14/2019 | 10202.56 |
| CIVP | 03/31/2008 | XXX-XX-0666 | 09/14/2009 | 10/14/2019 | 8650.11 |
| CIVP | 06/30/2008 | XXX-XX-0666 | 09/14/2009 | 10/14/2019 | 8658.80 |
| CIVP | 09/30/2008 | XXX-XX-0666 | 09/14/2009 | 10/14/2019 | 6093.14 |

2ᶜᵒ

| Place of Filing | COUNTY COURT CLERK MEADE COUNTY BRANDENBURG, KY 40108 | Total $ | 117940.93 |
|---|---|---|---|

This notice was prepared and signed at     DETROIT, MI     , on this,

the  27th  day of  May  , 2010 .

| Signature  R. A. Mitchell | Title AGS | 22-00-0008 |
|---|---|---|
| for MICHAEL W. COX | (800) 829-3903 | |

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60026X

08/10/2012 FRI 08.28  [TX/RX NO 5103] ☒009

# Exhibit

# D

| Form 668 (Y)(c) <br> (Rev. February 2004) | 1872 | Department of the Treasury - Internal Revenue Service <br> **Notice of Federal Tax Lien** | BOOK 025 PAGE 229 |
|---|---|---|---|

| Area. <br> SMALL BUSINESS/SELF EMPLOYED AREA #6 <br> Lien Unit Phone: (800)  913-6050 | Serial Number <br> 0617723₁₀440605 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

For Optional Use by Recording Office:
025 8-

2005 JAN 31 PM 2: 47

MEADE COUNTY CLERK

by S.S.

Name of Taxpayer MICHAEL FAITH SR.

Residence      PO BOX 1026 <br> BRANDENBURG, KY 40108-0026

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax <br> (a) | Tax Period Ending <br> (b) | Identifying Number <br> (c) | Date of Assessment <br> (d) | Last Day for Refiling <br> (e) | Unpaid Balance of Assessment <br> (f) |
|---|---|---|---|---|---|
| 941 | 06/30/2003 | 30-0140691 | 05/17/2004 | 06/16/2014 | 8083.69 |
| 941 | 09/30/2003 | 30-0140691 | 10/11/2004 | 11/10/2014 | 9329.63 |
| 941 | 12/31/2003 | 30-0140691 | 11/15/2004 | 12/15/2014 | 4633.21 |

Place of Filing

COUNTY COURT CLERK <br> MEADE COUNTY <br> BRANDENBURG, KY 40108

Total $    22046.53

This notice was prepared and signed at      DETROIT, MI                                    , on this,

the   21st   day of   January      2005.

| Signature <br> *Sherwood* <br> for JANE RILEY | Title <br> REVENUE OFFICER <br> (502) 420-1563 | 26-02-3141 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004) <br> CAT. NO 60025X

| 1872 | | |
|---|---|---|

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

B⁻⁻x **028** r⁻x **413**

Area:
SMALL BUSINESS/SELF EMPLOYED AREA #2
Lien Unit Phone: (800) 829-3903

Serial Number
**0629555** 309155006

For Optional Use by Recording Office

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

EE PD ST ___ CLK 6
MED TAX ____ AH-6
ADDED AND RECORDED

2006 AUG 21  PM 2: 56

KATRINA FITZGERALD
MEADE COUNTY CLERK

BY: S. St___ DC

Name of Taxpayer MICHAEL D FAITH
M D FAITH SERVICES

Residence       301 BY PASS RD
                BRAN, KY 40108-1729

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 6721 | 12/31/2002 | 61-1354355 | 09/26/2005 | 10/26/2015 | |
| 940 | 12/31/2002 | 61-1354355 | 04/21/2003 | 05/21/2013 | 2246.51 |
| 940 | 12/31/2002 | 61-1354355 | 07/11/2005 | 08/10/2015 | 2352.60 |

1 2 ⁰⁰

| Place of Filing | COUNTY COURT CLERK MEADE COUNTY BRANDENBURG, KY 40108 | Total | $ 4599.11 |
|---|---|---|---|

This notice was prepared and signed at _____ DETROIT, MI _____, on this,

the __10th__ day of __August__ __2006__.

Signature *K. A. Mitchell*

for REGINA OWENS

Title
ACS
(800) 829-3903

`22-00-0008`

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

Form 668 (Y)(c)
(Rev. February 2004)

**4804**

037 PAGE 372

Department of the Treasury - Internal Revenue Service

**Notice of Federal Tax Lien**

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #2<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br>**0653623**  596197109 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

FEE PAID ST ___ CLK 6
AFL 6 DEED TAX
LODGED & RECORDED

2009 NOV 16 PM 12: 13

KATRINA FITZGERALD
MEADE COUNTY CLERK
B.S. Sand.D.C.

Name of Taxpayer MICHAEL D. AND DIANE L.. FAITH

Residence       962 LAWRENCE ST
                BRANDENBURG, KY 40108-1400

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2001 | XXX-XX-2893 | 05/29/2002 | 06/28/2012 | 620.50 |
| 1040 | 12/31/2003 | XXX-XX-2893 | 10/27/2004 | 11/26/2014 | 3515.08 |
| 1040 | 12/31/2004 | XXX-XX-2893 | 11/03/2008 | 12/03/2018 | 1563.56 |

12⁰⁰

| Place of Filing | | |
|---|---|---|
| COUNTY COURT CLERK<br>MEADE COUNTY<br>BRANDENBURG, KY 40108 | Total $ | 5699.15 |

This notice was prepared and signed at        DETROIT, MI        , on this,

the   04th   day of   November   2009.

| Signature    *R. A. Mitchell*<br>for JAN3 RILEY | Title<br>REVENUE OFFICER<br>(502) 420-1563 | 22-02-3741 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

FOR RELEASE OF ~~MORTGAGE~~ SEE LP
.... (11) PAGE 16D

| Form 668 (Y)(c) | 4804 | Department of the Treasury - Internal Revenue Service | |
|---|---|---|---|
| (Rev. February 2004) | | **Notice of Federal Tax Lien** | BOOK 037 PAGE 373 |

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #2 Lien Unit Phone: (800) 913-6050 | Serial Number 0653624   596197209 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

FEE PAID $?    CLK 6
AN 6 6000 TAX
LEDGED & RECORDED

2009 NOV 16 PM 12: 13

KATRINA H. FITZGERALD
MEADE COUNTY CLERK

Name of Taxpayer MICHAEL, D FAITH

Residence    962 LAWRENCE ST
BRANDENBURG, KY 40108-1400

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 6672 | 03/31/2005 | XXX-XX-2893 | 09/14/2009 | 10/14/2019 | 2835.63 |
| 6672 | 06/30/2005 | XXX-XX-2893 | 09/14/2009 | 10/14/2019 | 4198.58 |
| 6672 | 09/30/2005 | XXX-XX-2893 | 09/14/2009 | 10/14/2019 | 7402.29 |
| 6672 | 09/30/2006 | XXX-XX-2893 | 09/14/2009 | 10/14/2019 | 12221.84 |
| 6672 | 12/31/2006 | XXX-XX-2893 | 09/14/2009 | 10/14/2019 | 10263.34 |
| 6672 | 06/30/2008 | XXX-XX-2893 | 09/14/2009 | 10/14/2019 | 8658.79 |
| 6672 | 09/30/2008 | XXX-XX-2893 | 09/14/2009 | 10/14/2019 | 6093.14 |

12⁰⁰

| Place of Filing | | |
|---|---|---|
| COUNTY COURT CLERK MEADE COUNTY BRANDENBURG, KY 40108 | Total | $ 51673.84 |

This notice was prepared and signed at    DETROIT, MI    , on this,

the    04th    day of    November    , 2009.

| Signature R. A. Mitchell for JANE RILEY | Title REVENUE OFFICER (502) 420-1563 | 22-02-3741 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

**Form 668 (Y)(c)**
(Rev. February 2004)

2447
BOOK 037 PAGE 522

Department of the Treasury - Internal Revenue Service
**Notice of Federal Tax Lien**

| | |
|---|---|
| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #2<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br>**0654109**   602728509 |

For Optional Use by Recording Office

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

FEE PAID BY _____ SLK 6
AH 16 ____ TAX _____
LODGED & RECORDED

Name of Taxpayer MICHAEL D FAITH

2009 DEC -9  PH 3: 15

Residence      962 LAWRENCE ST
               BRANDENBURG, KY 40108-1400

KATRINA FITZGERALD
MEADE COUNTY CLERK
BY S S      D.C.

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2006 | XXX-XX-2893 | 08/10/2009 | 09/09/2019 | 3635.81 |
| 6672 | 12/31/2005 | XXX-XX-2893 | 09/14/2009 | 10/14/2019 | 7737.93 |
| 6672 | 03/31/2006 | XXX-XX-2893 | 09/14/2009 | 10/14/2019 | 9804.25 |
| 6672 | 06/30/2006 | XXX-XX-2893 | 09/14/2009 | 10/14/2019 | 8463.21 |
| 6672 | 03/31/2007 | XXX-XX-2893 | 09/14/2009 | 10/14/2019 | 10453.14 |
| 6672 | 06/30/2007 | XXX-XX-2893 | 09/14/2009 | 10/14/2019 | 8882.12 |
| 6672 | 09/30/2007 | XXX-XX-2893 | 09/14/2009 | 10/14/2019 | 9820.54 |
| 6672 | 12/31/2007 | XXX-XX-2893 | 09/14/2009 | 10/14/2019 | 10202.56 |
| 6672 | 03/31/2008 | XXX-XX-2893 | 09/14/2009 | 10/14/2019 | 8650.11 |

2°

| Place of Filing | | |
|---|---|---|
| COUNTY COURT CLERK<br>MEADE COUNTY<br>BRANDENBURG, KY 40108 | Total $ | 77649.67 |

This notice was prepared and signed at _____ DETROIT, MI _____, on this,

the __30th__ day of __November__, __2009__.

| Signature<br>for  JANE  RILEY | K. A. Mitchell | Title<br>REVENUE OFFICER<br>(502) 420-1563 | 22-02-3741 |
|---|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Part 1 - Kept By Recording Office**

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

# Exhibit

# E

BOOK 44    PAGE 357 (1)

672131

SAINT 041010

FEE PAID: ST____CLK 28

AH____DEED TAX____

LODGED & RECORDED

**2012 AUG 27 PM 1:52**

KATRINA FITZGERALD
MEADE COUNTY CLERK
BY: S.____ D.C.

CERTIFICATE OF DELINQUENCY
2011 Meade County

Bill Number : 4959

Bill Date : 11/01/2011

| Taxpayer : | FAITH MICHAEL D SR & DIANE L ©<br>(CDW:MARY L NEAL)<br>962 LAWRENCE ST<br>BRANDENBURG, KY 40108- |
| --- | --- |

Name of Purchaser : _____

Street Address : _____

Post Office : _____
(City)      (State)      (Zip)

Total State Tax : $ 176.90

Real Estate Taxable Value: $ 145000

Tax Year : 2011    Date of Certificate : 04/16/2012

|  |  |
| --- | --- |
| Tax Amount : | $1,829.90 |
| 10% Delinquent Penalty : | $182.99 |
| Sheriff's Add-on : | $201.29 |
| Sheriff's Commission : | $78.27 |
| Certificate of Delinquency : | $2,292.45 |

Description of Property

HOUSE,SHOP&LOTS(2+AC)
962 LAWRENCE ST-B'BURG

_____ (Sheriff)

RESOLD TO Lien Solutions, LLC
Name : 6605 W Hwy 22
Address : PO Box 648
Crestwood, KY  40014
Phone # : (502)243-8493

Date KATRINA FITZGERALD, MEADE CO. CLERK
8-27-12    (County Court Clerk)

Name : _____

Address : _____

Phone # : _____

Date : _____
(County Court Clerk)

REDEEMED BY :
Name : _____

Address : _____

Total of Tax Sale : _____

12% Interest from Tax Sale : _____

Clerk Fee : _____

TOTAL : _____

Date : _____
(County Court Clerk)

| DISTRIBUTIONS | | | | ASSESSMENTS | |
| --- | --- | --- | --- | --- | --- |
| STATE | $176.90 | MEADE FD | $108.75 | Exemption | 0 | BOATS-AIR | 0 |
| COUNTY | $313.20 | | | REAL EST | 145000 | FIRE ACRES | 0 |
| SCHOOL | $684.40 | | | INV/FIN | 0 | LSG | 0 |
| SOIL | $11.60 | | | GIP/V INV | 0 | | |
| HEALTH | $39.15 | | | TANG .45 | 0 | | |
| LIBRARY | $142.10 | | | MFG MACH | 0 | | |
| AG_EXT | $56.55 | | | REC MACH | 0 | | |
| BRANDENBURG | $297.25 | | | AG OTHER | 0 | | |

Filed: 08/27/2012 01:55:44 PM
KATRINA FITZGERALD, County Clerk
MEADE County, KY

179

Exhibit

F

BOOK 038 PAGE 538

NO. 10-CI-86

MEADE CIRCUIT COURT

0657068

DIVISION ONE

KEYSTOPS, LLC

PLAINTIFF

VS                          JUDGMENT LIEN

MIKE FAITH, INDIVIDUALLY D/B/A WIRELESS 101

DEFENDANT

* * * * * * *

Comes the Plaintiff, KEYSTOPS, LLC, by counsel, who states that a Judgment for the Plaintiff was rendered in this action on 05/05/10 in the amount of $4,036.21 principal, plus interest at the rate of eight percent (8%) per annum from January 31, 2010 to date of Judgment, then twelve percent (12%) per annum, from date of Judgment, until paid in full, plus court costs which currently amount to $332.00, for which a lien is hereby entered against all real property which Defendant, WIRELESS 101, owns in MEADE County, Kentucky.

NOTICE TO JUDGMENT DEBTOR: You may be entitled to an exemption under KRS 427.060, which is as follows:

"In addition to any exemption of personal property, an individual debtor's aggregate interest, not to exceed $5,000.00 in value, in real or personal property that such a debtor or a dependent of such a debtor uses as a permanent residence in this state, or in a burial plot for such debtor or a dependent of such debtor is exempt from sale under execution, attachment or judgment, except to foreclose a mortgage given by the owner or a homestead or for purchase money due thereon. This exemption shall not apply if the debt or liability existed prior to the purchase of the property or the erection of the improvements thereon."

If you believe you are entitled to assert an exemption, seek legal advice.

Counsel certifies that a copy hereof was mailed to Defendant, MIKE FAITH, INDIVIDUALLY D/B/A WIRELESS 101, on the _13th_ day of May, 2010, to the Defendant's last known address: 962 LAWRENCE STREET, BRANDENBURG, KY 40108-1400.

THIS INSTRUMENT PREPARED BY:

ROCCO J. CELEBREZZE
CELEBREZZE & ASSOCIATES
Attorney for Plaintiff
The Starks Building, Suite 930
455 So. Fourth Street
Louisville, Kentucky 40202
(502) 589-3330

2010 MAY 14  PM 3:28